UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re:<br>Margaret Ann Johnsson | ) BK No.:   11-38307<br>)<br>) Chapter: 7<br>)<br>) Honorable Timothy A. Barnes |
| Debtor(s)<br>Margaret Ann Johnsson | ) Adv. No.: 16-00216 |
| Plaintiff(s)<br>Mary Therese Johnsson, Donald Joseph Johnsson and<br>Michael Roberts | |
| Defendant(s) | |

**Order Denying Motion to Reschedule April 20, 2016 Status Hearing**

This coming to be heard on the Plaintiff's Motion to Reschedule April 20, 2016 Status Hearing [Docket No. 27],

IT IS HEREBY ORDERED:

1. The Plaintiff's request is denied.

2. The status hearing on the Complaint remains set for Wednesday, April 20, 2016 at 10:30 AM at 219 S Dearborn St, Courtroom 744, Chicago, IL 60604.

Enter:

Dated:        **APR 1 2 2016**

United States Bankruptcy Judge

**Prepared by:**