UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MARGARET ANN JOHNSSON,<br><br>Debtor(s)<br>MARGARET ANN JOHNSSON<br><br>Plaintiff(s)<br>MARY THERESE JOHNSSON, DONALD JOSEPH JOHNSSON, and MICHAEL ROBERTS<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 11-38307<br><br>Chapter: 7<br><br>Honorable Timothy Barnes<br><br>Adv. No.: 16-00216 |

## ORDER GRANTING TRUSTEE LEAVE
## TO INTERVENE AND DISMISSING DEBTOR AS PLAINTIFF

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion To Intervene and Dismiss Debtor as Plaintiff; due notice having been given; the Court having reviewed the Motion and having considered the parties' arguments; and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Trustee is hereby allowed to intervene in the above-captioned adversary proceeding and shall be added as a plaintiff in the proceeding.

2. The Debtor is hereby dismissed as a plaintiff in the above-captioned adversary proceeding due to her lack of standing to commence the action.

3. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter: _[signature]_

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 18, 2016

**Prepared by:**

Catherine Steege (6183529)
Landon S. Raiford (6297473)
JENNER & BLOCK, LLP
353 N. Clark St.
Chicago, Illinois 60654
PH: 312/222-9350
FAX: 312/527-0484